■■ The first paragraph of the motion simply asks that the judgments be "vacated, set aside and held for naught, and that a judgment be entered in favor of the defendant and against the plaintiffs." We conclude, therefore, that a fair reading of the post-tiral motion leads to the conclusion that the defendant sought a judgment notwithstanding the verdict or a remittitur, and not a new trial.

The plaintiffs also point out that the defendant failed to include the notice of appeal in the abstract. Supreme Court Rule 342 (Ill. Rev. Stat. 1971, ch. 110A, par. 342(a)) provides that the Excerpts from the Record (abstract) shall contain "the judgment or order appealed from, the notice of appeal, and the parts of the record deemed essential for the judges of the reviewing court to read in order to decide the issues presented * * *." In dismissing an appeal for this same defect, the appellate court said in *Shaw v. Kronst*, 9 Ill.App.3d 807, 810, 293 N.E.2d 153:

> "It is clear that the notice of appeal of necessity appeals from certain specific action and is the principal pleading on appeal and that pursuant to Supreme Court Rule 342 it must be included in the abstract. [Citations.]"

The defendant in opposition to the motion to dismiss argues that *Shaw v. Kronst* was not decided until after he had prepared the abstract of the record. While a serious question arises whether that should change our holding, we note that the same result was reached in *Husted v. Thompson-Hayward Chemical Co.*, 62 Ill.App.2d 287, 294, 210 N.E.2d 614, which was decided in 1965.

■ For these reasons this appeal is dismissed.

Appeal dismissed.

GOLDBERG and HALLETT, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES ROBINSON, Defendant-Appellant.

(No. 58101;

First District (1st Division)—October 1, 1973.

PER CURIAM.

EGAN, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Jean Essary and Suzanne Xinos, Assistant Public Defenders, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Sharon Grossman, Assistant State's Attorneys, of counsel,) for the People.